GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 07/16/2020

| CASE NO. | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| 15-01919 #626 | BRETTA CLE-LIE WRIGHT | AMERICAN LOAN COMPANY | 5864 HWY 90 THEODORE, AL 36582 | 237195 | $ 5.32 |
| 15-02007 #625 | ROBERT LEE RAMSEY QUEEN ESTER RAMSEY | APPROVED CASH ADVANCE | 1306 E. HIGHLAND AVENUE SELMA, AL 36701 | 237234 | $ 171.20 |
| 15-02007 #625 | ROBERT LEE RAMSEY QUEEN ESTER RAMSEY | APPROVED CASH ADVANCE | 1306 E. HIGHLAND AVENUE SELMA, AL 36701 | 237234 | $ 1.43 |
| 15-00229 #626 | NICHOLAS JARROD WILLIAMS | EMERGENCY SERVICES OF MOBILE PC | P.O. BOX 12907 NORFOLK, VA 23541 | 237886 | $ 95.35 |
| 15-01935 #626 | KIMBERLY BOURDIN | FAMILY MEDICAL | 7505 MOFFAT ROAD MOBILE, AL 36608 | 237922 | $ 11.57 |
| 17-02931 #626 | CHRISTOPHER LEE WELLS | FIRST SUN FINANCE | 2210 UNIVERSITY BLVD. TUSCALOOSA, AL 35401 | 238000 | $ 7.28 |
| 15-00396 #626 | JACQUELINE ROBINSON BURROUGHS | FIRST US BANK | 604 OAK MOUNTAIN COMMONS LANE PELHAM, AL 35124 | 238008 | $ 30.97 |
| 15-00615 #626 | JIMMY FRAME | KROGER | 737 ENTERPRISE DRIVE WESTERVILLE, OH 43081 | 238377 | $ 2.55 |
| 17-01936 #626 | MARISSA K. SLAY | M & M AUTOMOTIVE LLC | 1501 RIDGELAND ROAD EAST MOBILE, AL 36695 | 238471 | $ 16.06 |
| 15-00283 #625 | CRAIG COOKS SHARON PAULETTE COOKS | NORTH AMERICAN AUTO FINANCE, LLC | P.O. BOX 7690 MONROE, LA 71211 | 238789 | $ 125.45 |
| 15-00283 #625 | CRAIG COOKS SHARON PAULETTE COOKS | NORTH AMERICAN AUTO FINANCE, LLC | P.O. BOX 7690 MONROE, LA 71211 | 238789 | $ 0.44 |
| 15-00283 #626 | CRAIG COOKS SHARON PAULETTE COOKS | NORTH AMERICAN AUTO FINANCE, LLC | P.O. BOX 7690 MONROE, LA 71211 | 238789 | $ 61.56 |
| 15-02571 #625 | MICHELLE DENISE SALTER | NORTH AMERICAN AUTO FINANCE, LLC | P.O. BOX 7690 MONROE, LA 71211 | 238789 | $ 205.58 |
| 15-02571 #625 | MICHELLE DENISE SALTER | NORTH AMERICAN AUTO FINANCE, LLC | P.O. BOX 7690 MONROE, LA 71211 | 238789 | $ 0.56 |
| 15-01650 #626 | ANTHONY BERNARD HUNTER | WELLS FARGO BANK N.A. | P.O. BOX 512189 LOS ANGELES, CA 90030 | 239876 | $ 51.69 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 07/16/2020

| CASE NO. | | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|---|
| 15-00557 | #626 | ROGER MARTIN SHANNON MARTIN | WELLS FARGO FINANCIAL NAT'L BANK | P.O. BOX 660431 DALLAS, TX 75266 | 239919 | $ 17.52 |
| 14-03356 | #626 | ROBERT MITCHELL LOWERY SANDRA LYNN LOWERY | WORLD FINANCE CORPORATION | 34 N ALABAMA AVENUE MONROEVILLE, AL 36460 | 239993 | $ 553.20 |
| 15-01229 | #632 | JAY LENN BIVINS, JR. | JAY LENN BIVINS, JR. | 31401 JESSIE ROAD SPANISH FORT, AL 36527 | 240025 | $ 216.00 |
| 15-01229 | #632 | JAY LENN BIVINS, JR. | JAY LENN BIVINS, JR. | 31401 JESSIE ROAD SPANISH FORT, AL 36527 | 240026 | $ 145.42 |
| 18-00792 | #632 | ROBERT L. CALHOUN, III | ROBERT L. CALHOUN, III | 311 CEMETERY ROAD JACKSON, AL 36545 | 240037 | $ 1.90 |
| 17-03454 | #632 | ANTHONY BRENTT CAMPBELL | ANTHONY BRENTT CAMPBELL | 19214 THOMPSON DRIVE CITRONELLE, AL 36522 | 240039 | $ 110.77 |
| 17-03454 | #632 | ANTHONY BRENTT CAMPBELL | ANTHONY BRENTT CAMPBELL | 19214 THOMPSON DRIVE CITRONELLE, AL 36522 | 240040 | $ 145.58 |
| 16-01688 | #632 | JAMEKIA MONIQUE CARTER | JAMEKIA MONIQUE CARTER | 7561 ZEIGLER BLVD #E2 MOBILE, AL 36608 | 240042 | $ 0.73 |
| 14-03882 | #632 | HERMAN M. GANDY | HERMAN M. GANDY | 806 TAYLOR STREET BAY MINETTE, AL 36507 | 240055 | $ 4.79 |
| 15-01888 | #632 | JULIANNA M. JERKINS | JULIANNA M. JERKINS | 14866 CHASE COURT SUMMERDALE, AL 36580 | 240081 | $ 135.68 |
| 15-01888 | #632 | JULIANNA M. JERKINS | JULIANNA M. JERKINS | 14866 CHASE COURT SUMMERDALE, AL 36580 | 240082 | $ 89.56 |
| 15-01510 | #632 | GEORGE WASHINGTON KIDD, JR. | GEORGE WASHINGTON KIDD, JR. | 7380 HITT ROAD #504 MOBILE, AL 36695 | 240087 | $ 132.35 |
| 17-03101 | #632 | KENNETH D. KILBURN SAMANTHA B. KILBURN | KENNETH D. KILBURN SAMANTHA B. KILBURN | 31210 WILSON ROAD SPANISH FORT, AL 36527 | 240088 | $ 57.69 |
| 14-03227 | #632 | JOHN CLEVELAND MCGILL | JOHN CLEVELAND MCGILL | 804 HENCKLEY AVENUE MOBILE, AL 36604 | 240106 | $ 6.00 |
| 19-13793 | #634 | RONDALE LEE OVERSTREET | RONDALE LEE OVERSTREET | 20103 RIVER MILL DRIVE FAIRHOPE, AL 36532 | 240118 | $ 1,902.66 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 07/16/2020

| CASE NO. | | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|---|
| 15-03661 | #632 | DONNA SMITH | DONNA SMITH | 320 VOLANTA AVENUE B1<br>FAIRHOPE, AL 36532 | 240144 | $ 154.49 |
| 18-03015 | #632 | ALAN DALE SOLOMON<br>KIMBERLY ROCHELLE SOLOMON | ALAN DALE SOLOMON<br>KIMBERLY ROCHELLE SOLOMON | 122 SCRUGGS ROAD<br>LUCEDALE, MS 39452 | 240148 | $ 2.43 |
| 19-13242 | #634 | JOSEPH ANTHONY TETRO, JR. | JOSEPH ANTHONY TETRO, JR. | 17312 BANKHEAD BLVD<br>FAIRHOPE, AL 36532 | 240157 | $ 347.87 |
| 17-03162 | #632 | TIMMOTHY D. TOLER<br>BRIDGET F. TOLER | TIMMOTHY D. TOLER<br>BRIDGET F. TOLER | 25240 PINE STREET<br>ELBERTA, AL 36530 | 240161 | $ 0.67 |
| 15-01417 | #632 | LORETTA WATSON | LORETTA WATSON | 4937 PINE RIDGE DRIVE NORTH<br>EIGHT MILE, AL 36613 | 240168 | $ 1.38 |
| 16-00051 | #632 | JAMES B. WHITE<br>BRENDA E. WHITE | JAMES B. WHITE<br>BRENDA E. WHITE | PO BOX 35<br>SARALAND, AL 36571 | 240169 | $ 231.34 |
| 16-00051 | #632 | JAMES B. WHITE<br>BRENDA E. WHITE | JAMES B. WHITE<br>BRENDA E. WHITE | PO BOX 35<br>SARALAND, AL 36571 | 240170 | $ 60.35 |
| | | | TOTAL | | | $ 5,105.39 |

| | | |
|---|---|---|
| G/L | #625 | $ 504.66 |
| G/L | #626 | $ 853.07 |
| G/L | #632 | $ 1,497.13 |
| G/L | #634 | $ 2,250.53 |
| | | $ 5,105.39 |