| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Rondale ___ Overstreet  (First Name / Middle Name / Last Name) |
| Debtor 2 (Spouse, if filing) | ___ (First Name / Middle Name / Last Name) |
| United States Bankruptcy Court for the: | Southern District of Alabama |
| Case number: | 19-13793 |

FILED 2020 DEC -7 PM 2:54 US BANKRUPTCY COURT SOUTHERN DISTRICT OF ALABAMA

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | 1,902.66 |
|---|---|
| Claimant's Name: | Rondale Overstreet |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 20103 Rivermill Drive  Fairhope, AL 36532 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (check the statements that apply):

- [x] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [ ] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

☐ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Southern District of Alabama
[Court enters address here]

### 5. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 12/2/2020

_____
Signature of Applicant

_____
Printed Name of Applicant
Rondale Overstreet

Address: 20103 River Mill Dr.
Fairhope, AL 36532

Telephone: 251-200-3120

Email: aec8119@yahoo.com

### 5. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address: _____

Telephone: _____

Email: _____

### 6. Notarization
STATE OF Alabama
COUNTY OF Baldwin

This Application for Unclaimed Funds, dated 12/2/2020 was subscribed and sworn to before me this 2nd day of December, 20 20 by Rondale Overstreet who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires: 11/7/2023

CHRISTINE BAILEY
Notary Public, Alabama State At Large
My Commission Expires Nov. 7, 2023

### 6. Notarization
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires: