Form ogafpuf

# United States Bankruptcy Court
## Southern District of Alabama

**In re:**                                                                        **Case No.:** 19–13793
Rondale Lee Overstreet                                     **Chapter:** 7

Social Security No.:
xxx–xx–2318

**Debtor(s)**

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On 12/7/20, an application was filed for the Claimant(s), Rondale Lee Overstreet, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation fail to establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that the court denies the application for the following reasons:

Improper Certificate of Service and missing documentation

Dated: 1/22/21

                                                           JERRY C. OLDSHUE, JR.
                                                           U.S. BANKRUPTCY JUDGE